1  HOWARD MOORE, JR., SBN 55228
   Moore and Moore
2  445 Bellevue Avenue, Second Floor
   Oakland, California 94610-4924
3  Telephone:    (510) 451-0104
   Facsimile:    (510) 451-5056
4  Email:        Moorlaw@aol.com

5  Attorneys for Plaintiff

6
   BILL LOCKYER
7    Attorney General of the State of California
   MIGUEL A. NERI
8  FIEL D. TIGNO
     Supervising Deputy Attorneys General
9  LILLIAN Y. TABE, SBN 207338
     Deputy Attorney General
10 1515 Clay Street, Suite 2000, P. O. Box 70550
   Oakland, California 94612-0550
11 Telephone:    (510) 622-2246
   Facsimile:    (510) 622-2270
12 Email:        lillian.tabe@doj.ca.gov

13
   Attorneys for Defendant, California Department of Insurance
14

15
                   UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN FRANCISCO DIVISION
18

19 FRED D. BUTLER,                    )   Case No. C06-00048-PJH
                                      )
20       Plaintiff,                   )   STIPULATION AND (Proposed)
                                      )   ORDER TO REMOVE ACTION
21 vs.                                )   FROM MEDIATION CALENDAR
                                      )   AND INSTEAD REFER IT TO
22 CALIFORNIA DEPARTMENT OF           )   A SETTLEMENT CONFERENCE
   INSURANCE; et al,                  )
23                                    )
         Defendants.                  )
24 _____  )

25     Whereas, after the parties to the within civil action selected mediation as their ADR

26 process of choice and the Court referred this action to mediation, the parties were timely

27 informed of a conflict of interest by the ADR Supervisor, Howard Herman, which results

28
            Stipulation & (Proposed) Order to Remove Action from Mediation Calendar, etc.
                     Fred D. Butler v. California Department of Insurance, et al
                                   Case No. C06-00048-PJH

1  from the fact that Fred Butler, Plaintiff named herein, has served as a neutral in the Court's
2  ADR program, the parties to this civil action, therefore, through and by their undersigned
3  counsel of record, hereby agree and stipulate that:

4      This civil action be ordered removed from this Court's mediation calendar; and
5  instead ordered re-calendared for a settlement conference before a United States Magistrate
6  Judge at the earliest possible date.

8  Dated: June 1, 2006
9                                                            s/
   HOWARD MOORE, JR.
   Attorney for Plaintiff, FRED BUTLER

12  Dated: June 1, 2006

   LILLIAN Y. TABE
   Deputy Attorney General
   Attorney for Defendant, CALIFORNIA
   DEPARTMENT OF INSURANCE

17                                       ORDER

19      Pursuant to Stipulation: IT IS SO ORDERED.

20  Dated: June __6__, 2006

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation & (Proposed) Order to Remove Action from Mediation Calendar, etc.
Fred D. Butler v. California Department of Insurance, et al
Case No. C06-00048-PJH

2