BILL LOCKYER
  Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
  Supervising Deputy Attorneys General
LILLIAN Y. TABE
  Deputy Attorney General
  State Bar No. 207338
  1515 Clay Street, Suite 2000
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2246
  Fax: (510) 622-2270
  Email: lillian.tabe@doj.ca.gov

Attorneys for Defendant
California Department of Insurance

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FRED D. BUTLER,**<br><br>                                    Plaintiff,<br><br>             **v.**<br><br>**CALIFORNIA DEPARTMENT OF INSURANCE, AND DOES 1-20, inclusive,**<br><br>                                    Defendant. | Case No.  C 06-00048 PJH (BZ)<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Hearing:   July 7, 2006<br>Time:       9:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge:  Hon. Bernard Zimmerman |

**IT IS HEREBY STIPULATED** by and between Plaintiff Fred D. Butler and  Defendant

California Department of Insurance ("DOI"), through their respective undersigned counsel, that:

1.      Plaintiff and Defendant have agreed to continue the Settlement Conference in the

above referenced matter, currently set for July 7, 2006, at 9:00 a.m., to **August 15, 2006**, at 9:00

a.m., to accommodate Plaintiff's unavailability.

2.      Unless otherwise ordered by the Court, the settlement conference statements in the

///

Stipulation and [Proposed] Order to Continue Settlement Conference - Case No.  C 06-00048 PJH

1   above-referenced matter shall be served on opposing counsel and lodged (not faxed) with Magistrate

2   Judge Bernard Zimmerman's chambers no later than seven calendar days prior to August 15, 2006.

3

4   Dated: June ___, 2006                    BILL LOCKYER, Attorney General
                                              of the State of California
5                                            MIGUEL A. NERI
                                             FIEL D. TIGNO
6                                              Supervising Deputy Attorneys General

7
                                        By: _____
8                                            LILLIAN Y. TABE
                                             Deputy Attorney General
9
                                             Attorneys   for   Defendant   California   Department   of
10                                           Insurance

11

12  Dated:  June ___, 2006                   MOORE AND MOORE

13
                                        By: _____
14                                           HOWARD MOORE, JR.
                                             Attorney for Plaintiff Fred D. Butler
15

16      Pursuant to Stipulation, **IT IS SO ORDERED.**

17

18  DATED: June 30, 2006                  _____
                                             Honorable Bernard Zimmerman
19                                           United States Magistrate Judge

20

21

22

23

24

25

26

27

28