1  BILL LOCKYER
     Attorney General of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3    Supervising Deputy Attorneys General
   LILLIAN Y. TABE
4    Deputy Attorney General
     State Bar No. 207338
5    1515 Clay Street, Suite 2000
     P.O. Box 70550
6    Oakland, CA 94612-0550
     Telephone: (510) 622-2246
7    Fax: (510) 622-2270
     Email: lillian.tabe@doj.ca.gov
8
   Attorneys for Defendant
9  California Department of Insurance

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  **FRED D. BUTLER,**                        Case No.  C 06-00048 PJH (BZ)

15                              Plaintiff,
                                              **STIPULATION AND
16          **v.**                              [PROPOSED]
                                              ORDER RE NEW DATE FOR**
17  **CALIFORNIA DEPARTMENT OF**              **SETTLEMENT CONFERENCE**
    **INSURANCE, AND DOES 1-20, inclusive,**
18                                            Hearing:   September 8, 2006
                               Defendant.     Time:      9:00 a.m.
19                                            Courtroom: G, 15th Floor
                                              Judge:  Hon. Bernard Zimmerman
20
                                              **New Date:  September 26, 2006**
21

22
            **IT IS HEREBY STIPULATED** by and between Plaintiff Fred D. Butler and  Defendant
23
   California Department of Insurance ("DOI"), through their respective undersigned counsel, that:
24
            Plaintiff and Defendant have agreed to respectfully request that the Settlement Conference
25
   in the above referenced matter, previously set for September 8, 2006, at 9:00 a.m., be set for
26
   **September 26, 2006**, at 9:00 a.m.
27
   ///
28

   Stipulation and [Proposed] Order Re New Date for Settlement Conference - Case No.  C 06-00048 PJH
                                          1

1    Dated: September ___, 2006          BILL LOCKYER, Attorney General
                                              of the State of California
2                                         MIGUEL A. NERI
                                          FIEL D. TIGNO
3                                            Supervising Deputy Attorneys General

4
                                      By: _____
5                                         LILLIAN Y. TABE
                                          Deputy Attorney General
6
                                         Attorneys for Defendant California Department of
7                                        Insurance

8

9    Dated:  September ___, 2006          MOORE AND MOORE

10
                                      By: _____
11                                        HOWARD MOORE, JR.
                                          Attorney for Plaintiff Fred D. Butler
12

13         Pursuant to Stipulation, **IT IS SO ORDERED.**

14

15   DATED:    Sept. 13, 2006          _____
                                       Honorable Bernard Zimmerman
16                                     United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Re New Date for Settlement Conference - Case No.  C 06-00048 PJH

2