UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED BUTLER, | ) | |
| Plaintiffs, | ) | No. C06-0048 PJH (BZ) |
| v. | ) | |
| CALIFORNIA DEPT. OF INSURANCE, | ) | **ORDER SCHEDULING FURTHER TELEPHONIC CONFERENCE AND SETTLEMENT CONFERENCE** |
| Defendants. | ) | |

Pursuant to a telephonic conference with counsel on September 26, 2006, the parties are **ORDERED** to continue to exchange information and discuss settlement.  **IT IS FURTHER ORDERED** that a further telephonic conference is scheduled for **Wednesday, October 4, 2006 at 1:30 p.m.**  The court will initiate the call.  **IT IS FURTHER ORDERED** that a settlement conference is scheduled for **Friday, October 20, 2006** at 9 am. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Each party shall file a supplemental settlement conference statement updating

1

1 | any changes in its settlement posture since the last
2 | settlement conference by no later than **October 13, 2006**.  The
3 | previous settlement conference order otherwise remains in full
4 | force and effect.
5 | Dated: September 26, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\BUTLER.DEPT.INS.RESCHED.ORD.SC.wpd