1  BILL LOCKYER
     Attorney General of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3    Supervising Deputy Attorneys General
   LILLIAN Y. TABE
4    Deputy Attorney General
     State Bar No. 207338
5    1515 Clay Street, Suite 2000
     P.O. Box 70550
6    Oakland, CA 94612-0550
     Telephone: (510) 622-2246
7    Fax: (510) 622-2270
     Email: lillian.tabe@doj.ca.gov
8
   Attorneys for Defendant
9  California Department of Insurance

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED D. BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF INSURANCE, AND DOES 1-20, inclusive,<br><br>Defendant. | Case No. C 06-00048 PJH<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

///

///

///

Stipulation of Dismissal - Case No. C 06-00048 PJH

1

Dated: January 2, 2007

BILL LOCKYER
Attorney General of the State of California

MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General

By: _____
LILLIAN Y. TABE
Deputy Attorney General

Attorneys for Defendant California Department of Insurance

Dated: January 8, 2007

MOORE AND MOORE

By: _____
HOWARD MOORE, JR.
Attorney for Plaintiff Fred D. Butler

1/10/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Stipulation of Dismissal - Case No. C 06-00048 PJH

2